Oscar Ramallo (State Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4290
Facsimile: (213) 243-4199

*Attorney for Petitioner*
*JYP Entertainment Corporation*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

In Re 17 U.S.C. § 512(h) Subpoena to SYMPHONIC DISTRIBUTION INC.

Case No.

**DECLARATION OF JIWEON SEO IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

I, JIWEON SEO, the undersigned, declare that:

1. I am a manager for JYP Entertainment Corporation ("JYP").

2. JYP owns, or holds exclusive rights in, the copyrighted sound recording entitled "Back to Life," written and composed by Han of Stray Kids.

3. JYP is requesting issuance of the proposed subpoena, attached hereto as **Exhibit A,** that would order Symphonic Distribution Inc. ("Symphonic") to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the user(s) who used Symphonic to distribute the infringing sound recording "Back to Life" under the name "New Vibs" (ISRC: GBRKQ2697310; UPC: 824296599440), which was made available at the following locations:

- YouTube: A813089287679672 (art track ID); and
- Instagram, TikTok, and Apple Music.

4. On May 20, 2026, JYP transmitted to Symphonic a notification of claimed infringement that substantially complies with 17 U.S.C. § 512(c)(3)(A). A true and correct copy of that notification is attached hereto as **Exhibit B**.

5. The purpose for which this proposed subpoena pursuant to 17 U.S.C. § 512(h) to Symphonic is sought is to obtain the identity of the individual or individuals associated with the accounts used to distribute JYPE's copyrighted sound recording without authorization.

6. Any such information obtained through the Subpoena will be used solely for the purpose of protecting JYP's rights under the Copyright Act, 17 U.S.C. §§ 101, et seq.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Seoul, Korea, on September 4, 2026.

Jiweon Seo