Oscar Ramallo (State Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4290
Facsimile: (213) 243-4199

*Attorney for Petitioner*
*JYP Entertainment Corporation*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

In Re 17 U.S.C. § 512(h) Subpoena to SYMPHONIC DISTRIBUTION INC.

Case No. 2:26-mc-00091

**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

Petitioner JYP Entertainment Corporation ("JYP"), through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to Symphonic Distribution Inc. to identify alleged infringers of copyrighted works. The proposed Section 512(h) Subpoena is attached hereto as **Exhibit A**.

Petitioner has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) Petitioner has attached hereto the proposed Section 512(h) subpoena, as required by 17 U.S.C. 512(h)(2) (B), as **Exhibit A**;

(2) Petitioner has attached hereto a copy of the notification sent to Symphonic Distribution Inc. required by 17 U.S.C. §512(c)(3)(A) as **Exhibit B**; and

(3) Petitioner has attached hereto the sworn Declaration of Jiweon Seo, as required by 17 U.S.C. § 512(h)(l)(C), confirming that the purpose for which the proposed subpoena is sought is to obtain the identity of the alleged infringer(s), and that such information will only be used for the purpose of protecting JYP's rights under 17 U.S.C. § 512(h)(l).

Having complied with all statutory requirements, Petitioner respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

Dated: September 4, 2026

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Oscar Ramallo*

Oscar D. Ramallo (SBN 241487)
oscar.ramallo@arnoldporter.com
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000

*Attorney for Petitioner JYP Entertainment Corporation*