# Exhibit B

**Jwnnseo**

May 20, 2026, 1:39 AM EDT

Dear [Merlin] Symphonic Distribution,

I am writing on behalf of JYP Entertainment, the exclusive copyright owner of the following sound recording(s), to formally request the removal of infringing content pursuant to the Digital Millennium Copyright Act (17 U.S.C. § 512).

It has come to our attention that the following material is being used and distributed on your platform without our authorization.

1. Description of copyrighted work owned by JYP Entertainment:
HAN (from Stray Kids) – back to Life
https://youtu.be/F0UIsSnotlA?si=gGCpqnnKaIsCDhkb

2. Location (URL) of the infringing content:
Back to life - New Vibs / ISRC: GBRKQ2697310 UPC: 824296599440
- YouTube: A813089287679672 (art track ID)
- Instagram, TikTok, and Apple Music (attached the image below)

3. Contact information of the copyright owner (JYP Entertainment):
Company: JYP Entertainment
Name: Jiweon Seo
Address: 205 Gangdong-daero, Gangdong-gu, Seoul, 05323, Republic of Korea
Email: jwnnseo@jype.com

4. Good faith statement:
I have a good faith belief that the use of the copyrighted material described above is not authorized by JYP Entertainment, its agent, or the law.

5. Accuracy and authority statement:
I swear, under penalty of perjury, that the information in this notice is accurate and that I am authorized to act on behalf of JYP Entertainment, the copyright owner.

6. Electronic signature:
Jiweon Seo
Manager / Artist Label
On behalf of JYP Entertainment Co., Ltd.
May 20th, 2026

If the infringing content is not taken down promptly, we will have no choice but to pursue legal action to protect our copyrighted material.
Please confirm the removal of the infringing content at your earliest convenience.

Attachment(s)
unnamed.png
unnamed (1).png
unnamed (2).png

**DMCA Takedown Notice – Unauthorized Use of JYP Entertainment Copyrighted Music.docx**
84K